DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTORIA OLEFIR,**
Appellant,

v.

**KONSTANTIN OLEFIR,**
Appellee.

No. 4D22-1071

[July 28, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE-21-015656.

Bruce Prober of The Law Offices of Bruce Prober, P.A., Fort Lauderdale, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***